07-cv-10978

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

NEVRON SOFTWARE LLC

Plaintiff,

-v-

INTERSOFT SOLUTIONS CORP.

Defendant.

Case No. _____

**Rule 7.1 Statement**

RECEIVED
DEC 0 4 2007
U.S.D.C. S.D.N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

NEVRON SOFTWARE LLC          (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: 11/30/07

**Signature of Attorney**

**Attorney Bar Code:** 7204

Form Rule7_1.pdf  SDNY Web 10/2007