Jason M. Drangel (JD 7204)
Robert L. Epstein (RE 8941)
William C. Wright (WW 2213)
**EPSTEIN DRANGEL BAZERMAN & JAMES, LLP**
60 East 42nd Street, Suite 820
New York, NY 10165
Tel.: (212) 292-5390
Fax: (212) 292-5391

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------X
NEVRON SOFTWARE LLC

          Plaintiff,

      v.

INTERSOFT SOLUTIONS CORP.
          Defendant.
------------------------------------------------------X

Case No. 07 CV 10978

**NOTICE OF DISMISSAL OF ACTION PURSUANT**
**TO F.R.C.P. 41(a) (1)**

Plaintiff, through its attorney, hereby requests that the above captioned action be dismissed, without prejudice, pursuant to F.R.C.P. 41(a) (1) as defendant has not filed or served an answer or a motion for summary judgment in this action.

Respectfully submitted,

Epstein Drangel Bazerman & James, LLP

Dated: April 9, 2008

By: _____
Jason M. Drangel (JMD 7204)
60 East 42nd Street, Suite 820
New York, NY 10165
Tel.: (212) 292-5390
Fax No. (212) 292-5391
Attorney for Plaintiff