Crotty/J

Jason M. Drangel (JD 7204)
Robert L. Epstein (RE 8941)
William C. Wright (WW 2213)
**EPSTEIN DRANGEL BAZERMAN & JAMES, LLP**
60 East 42nd Street, Suite 820
New York, NY 10165
Tel.: (212) 292-5390
Fax: (212) 292-5391

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 1 0 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
NEVRON SOFTWARE LLC

                Plaintiff,

    v.

INTERSOFT SOLUTIONS CORP.
                Defendant.
------------------------------------------------------X

Case No. 07 CV 10978 (PAC)

### NOTICE OF DISMISSAL OF ACTION PURSUANT TO F.R.C.P. 41(a)(1)

Plaintiff, through its attorney, hereby requests that the above captioned action be dismissed, without prejudice, pursuant to F.R.C.P. 41(a)(1) as defendant has not filed or served an answer or a motion for summary judgment in this action. *The Clerk of Court is directed to close this case.*

Respectfully submitted,

Epstein Drangel Bazerman & James, LLP

Dated: April 9, 2008

By: _____
Jason M. Drangel (JMD7204)
60 East 42nd Street, Suite 820
New York, NY 10165
Tel.: (212) 292-5390
Fax No. (212) 292-5391
Attorney for Plaintiff

SO ORDERED: 4/10/08

_____
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE